IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30698
Conference Calendar

_____

RAYMOND HARRIS,

                                        Plaintiff-Appellant,

versus

J. BARR, Captain, Officially and Individually;
R. AUGUSTINE, CSO, Officially and Individually,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 96-CV-359
- - - - - - - - - -
August 14, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:*

        Raymond Harris, # 85555, appeals the dismissal of his 42
U.S.C. § 1983 civil rights complaint.  Harris argues that the
district court erred in dismissing his § 1983 action pursuant to
Sandin v. Conner, 115 S. Ct. 2293 (1995).  We have reviewed the
record and found no error in the reasoning of the district court.
See Harris v. Barr, No. 96-CV-359 (M.D. La. Jun. 6, 1996).

_____

        * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Harris' appeal is without arguable merit and, thus, frivolous. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED. See 5th Cir. R. 42.2. Harris is cautioned that any future frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. Harris is cautioned further to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.